IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERRY L. RANSON,

    Plaintiff,

v.                                          CASE NO. 4:08cv-505-SPM/WCS

SGT. BLAKE,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated January 6, 2009 (doc. 5). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc.5) is ADOPTED and incorporated by reference in this order.

    2.    This case is dismissed without prejudice and Plaintiff's application for leave to proceed in forma pauperis (doc. 2) is denied as moot.

DONE AND ORDERED this 21st day of April, 2009.

                                          *s/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge